UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW NIXON and MARKUS COHN individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>VEGAS.COM, LLC, a Nevada Limited Liability Company,<br><br>　　　Defendant. | CASE NO. 25-CV-05688-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO STAY THE CLAIMS OF PLAINTIFF MARKUS COHN PENDING APPEAL<br><br>Date: March 6, 2026<br>Time: 10:00 am<br>Judge: Hon. Charles R. Breyer<br><br>Complaint Filed: May 23, 2025 (Superior Court Case No. 25-CV-124381) |

Pending before the Court is a Motion for Stay The Claims of Plaintiff Markus Cohn Pending Appeal filed by Defendant Vegas.com, LLC.  [ECF No. 42].  The Court GRANTS the Motion and orders that these proceedings are stayed as to Plaintiff Markus Cohn pending appeal of the Court's order denying arbitration.


IT IS SO ORDERED.

Dated: ___January 20_____, 2026.


_____
Hon. Charles R. Breyer

CASE NO. 25-CV-05688-CRB　　　　　　　　　　　　　　　　　　　　[~~PROPOSED~~] ORDER