Warren Metlitzky (CA Bar No. 220758)
Nathan Theobald (CA Bar No. 328837)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
wmetlitzky@conmetkane.com
ntheobald@conmetkane.com

Timothy B. Hardwicke (*pro hac vice*)
Kathryn L. Couey (*pro hac vice*)
Glenna E. Siegel (*pro hac vice*)
**GOODSMITH GREGG & UNRUH LLP**
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
Telephone: 312-322-1980
Facsimile: 312-322-0056
thardwicke@ggulaw.com
kcouey@ggulaw.com
gsiegel@ggulaw.com

*Attorneys for Vegas.com, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW NIXON and MARKUS COHN individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>VEGAS.COM, LLC, a Nevada Limited Liability Company,<br><br>    Defendant. | CASE NO. 25-CV-05688-CRB<br><br>**AMENDED CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: May 23, 2025 (Superior Court Case No. 25-CV-124381) |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Vegas.com, LLC ("VDC") is a wholly-owned subsidiary of VDC-MGG Holdings LLC.
- VDC-MGG Holdings LLC is a wholly-owned subsidiary of Vivid VDC, LLC.
- Vivid VDC, LLC is a wholly-owned subsidiary of Vivid Seats LLC.
- Vivid Seats LLC is a wholly-owned subsidiary of Hoya Midco, LLC.
- Hoya Midco, LLC is a wholly-owned subsidiary of Hoya Intermediate, LLC.
- Hoya Intermediate, LLC is a wholly-owned subsidiary of VEPF IV AIV IX Corp.
- VEPF IV AIV IX Corp. is a wholly-owned subsidiary of VEPF V AIV VII Corp.
- VEPF V AIV VII Corp. is a wholly-owned subsidiary of GTCR-Tickets XI/C/B-Corp.
- GTCR-Tickets XI/C / B-Corp. is a wholly-owned subsidiary of CM6B Vivid Equity, Inc.
- CM6B Vivid Equity, Inc. is a wholly-owned subsidiary of Vivid Seats Inc.
- Vivid Seats Inc. is a Delaware corporation, with its principal place of business in Illinois, which is publicly traded. No publicly held corporation owns 10% or more of Vivid Seats Inc.'s stock.

| | | |
|---|---|---|
| 1 | DATED: February 2, 2026 | Respectfully submitted, |
| 2 | | |
| | | CONRAD | METLITZKY | KANE LLP |

*/s/ Warren Metlitzky*
Warren Metlitzky (CA Bar No. 220758)
Nathan Theobald (CA Bar No. 328837)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-343-7100
Facsimile: 415-343-7101
wmetlitzky@conmetkane.com
ntheobald@conmetkane.com

Timothy B. Hardwicke (pro hac vice)
Kathryn L. Couey (pro hac vice)
Glenna E. Siegel (pro hac vice)
**GOODSMITH GREGG & UNRUH LLP**
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
Telephone: 312-322-1980
Facsimile: 312-322-0056
thardwicke@ggulaw.com
kcouey@ggulaw.com
gsiegel@ggulaw.com

*Attorneys for Vegas.com, LLC*